No. 154. FORT HOWARD PAPER CO. *v.* KIMBERLY-CLARK CORP. C. C. P. A. Certiorari denied. *Ellsworth M. Jennison* and *Arthur L. Morsell* for petitioner. *Jerome Gilson* for respondent.

No. 155. ABRAMSON ET UX. *v.* COLONIAL OIL CO. C. A. 5th Cir. Certiorari denied. *Walter Warren* for petitioners. *C. Harris Dittmar* for respondent.

No. 157. HOUSTON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *G. Edward Friar* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 160. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Stephen I. Schlossberg, John A. Fillion, Jordan Rossen,* and *Bernard F. Ashe* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board; and *Owen J. Neighbours* for Pierce Governor Co., Inc., respondents.

No. 162. GOLUBIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *F. Lee Bailey* for petitioner. *Solicitor General Griswold* for the United States.

No. 182. TRUCHINSKI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.